# United States District Court
# Eastern District of Michigan



*Summons in a Civil Action and Return of Service Form*





06-12327

Case Number and Judge Assignment (to be supplied by the Court)

**Plaintiff(s) Name**

NICOLE L. VERMEYLEN
c/o Stephen F. Wasinger
32121 Woodward Ave., Suite 300
Royal Oak, MI  48073

vs.

**Defendant(s) Name**

PROQUEST COMPANY; ALAN W. ALDWORTH;
KEVIN G. GREGORY; TODD W. BUCHARDT;
RANDY BEST; DAVID G. BROWN, MICHAEL
OBERNDORF; LINDA G. ROBERTS, JAMES P.
ROEMER; GARY L. ROUBOS, FREDERICK J.
SCHWAB; DAVID BONDERMAN, WILLIAM J.
WHITE, JOHN H. SCULLY AND DOES 1-50

**Plaintiffs attorney, address and telephone:**

Stephen F. Wasinger (P25963)
32121 Woodward Avenue
Suite 300
Royal Oak, MI  48073
(248) 554-6300

**Name and address of defendant being served:**

PROQUEST COMPANY
c/o The Corporation Company
30600 Telegraph Rd.
Bingham Farms, MI  48025

## To the defendant

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within __20__ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

**David J. Weaver**
**Clerk of the Court**

By: _____
    Deputy Clerk

MAY 23 2006

Date of issuance

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: __Proquest Company by CT Corp., R.A.__

Date of service: __May 24, 2006__

### Method of Service

☒ Personally served at this address: __30600 Telegraph, Ste. 2345__
__Bingham Farms, MI__

☐ Left copies at the defendant's usual place of abode with (name of person): _____

At this address: _____

☐ Other (please specify): _____

Service fees:  Travel $ _____  Service $ _____  Total $ _____

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

__May 24, 2006__
Date

Signature of server

Server's printed name: __Jeffrey L. Eisenberg__

Server's address: __P.O. Box 1813, Royal Oak, MI 48068__

PAGE 2 OF 2